■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL HARRISON, Appellant. [943 NYS2d 891]—Order, Supreme Court, New York County (Ruth Pickholz, J.), entered on or about December 17, 2009, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The record supports the assessment of points for defendant's history of drug abuse (*see e.g. People v Wilkens*, 33 AD3d 399 [2006], *lv denied* 8 NY3d 801 [2007]). In any event, regardless of whether defendant's correct point score is 95 or 80, there is no basis for a discretionary downward departure to level one (*see People v Mingo*, 12 NY3d 563, 568 n 2 [2009]; *People v Johnson*, 11 NY3d 416, 421 [2008]). The seriousness of the underlying crime outweighs the mitigating factors asserted by defendant, which were adequately taken into account by the

risk assessment instrument (*see e.g. People v Hansford*, 67 AD3d 496 [2009]). Concur—Tom, J.P., Sweeny, Renwick, Freedman and Abdus-Salaam, JJ.